J. Michael Worley, Nancy E. Larson, Assistants U.S. Attorneys, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Adan Guzman, Beaumont, TX, pro se.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Adan Guzman has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guzman has filed a response.

Our independent review of the briefs, Guzman's response, and the record discloses no nonfrivolous issue for appeal. On the other hand, the record is insufficiently developed to permit consideration on direct appeal of the ineffective-assistance-of-counsel claim (IAC claim) possibly raised in Guzman's response. *See United States v. Higdon*, 832 F.2d 312, 314 (5th Cir.1987), *cert. denied*, 484 U.S. 1075, 108

S.Ct. 1051, 98 L.Ed.2d 1013 (1988). Accordingly, without prejudice to Guzman's right to file a motion pursuant to 28 U.S.C. § 2255 on an IAC claim, the motion for leave to withdraw is **GRANTED**; counsel is excused from further responsibilities herein; and the appeal is **DISMISSED**. *See* 5TH CIR. R. 42.2. Guzman's motion to appoint substitute counsel is **DENIED**.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Martin CAMPA–HERNANDEZ,
Defendant–Appellant.**

No. 05–50511.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 8, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before BARKSDALE, STEWART and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellee's unopposed motion to vacate the sentence is

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be

GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand the case to District Court for resentencing is GRANTED.

IT IS FURTHER ORDERED that the Appellee's alternative unopposed motion to extend time to file the Appellee's brief fourteen (14) days from the Court's denial of the Appellee's motion to vacate and remand is DENIED AS MOOT.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.